



# MEMORANDUM OPINION

No. 04-09-00003-CV

Jim **GEORGOULAKIS** and Melissa Georgoulakis,
Appellants

v.

Eddie J. **MUHLENBERG** and the Housing Consultants, Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-13829
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   June 17, 2009

VACATED AND REMANDED

The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute.  They request that the trial court's judgment be VACATED, and that the cause be REMANDED for the entry of a judgment in conformity with their settlement agreement.

The motion is granted.  The judgment of the trial court is vacated, and the cause is remanded for the entry of a judgment in conformity with the settlement agreement.  The clerk of

this court is directed to issue the mandate in this appeal contemporaneously with the issuance of the court's opinion and judgment.

PER CURIAM